IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EVERALD RICHARDS,

  Appellant,

v.

WILLIAM EPPS and TRACY
YOUNG,

  Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


CASE NO. 1D14-0035

Opinion filed September 23, 2014.

An appeal from the Circuit Court for Alachua County.
James Colaw, Judge.

Everald Richards, pro se, Appellants.

No Appearance for Appellee.


PER CURIAM.

  AFFIRMED.


ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.